1  Alan Nakazawa, State Bar No. 84670                                    closed
   alan.nakazawa@cnc-law.com
2  Dena S. Aghabeg, State Bar No. 185311
   daghabeg@cnc-law.com
3  COGSWELL NAKAZAWA & CHANG, LLP
   444 West Ocean Boulevard, Suite 1410
4  Long Beach, California  90802-8131
   Telephone (562) 951-8668
5  Facsimile: (562) 951-3933

6
   Attorneys for Plaintiff
7  NIPPON YUSEN KAISHA

8
                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11

| NIPPON YUSEN KAISHA, also known as NYK LINE;  NYK LINE (NORTH AMERICA) INC. as agent for NIPPON YUSEN KAISHA, | CASE NO.: 14CV-08055 R (JEMx) |
|---|---|
| Plaintiffs, | IN ADMIRALTY |
| vs. | JUDGMENT IN FAVOR OF PLAINTIFF NIPPON YUSEN KAISHA AND AGAINST DEFENDANT PANDOL ASSOCIATES MARKETING, INC. |
| PANDOL ASSOCIATES MARKETING, INC., | Date of Hearing:   April 6, 2015 |
| Defendant. | Time:                    10:00 a.m. |
|  | Courtroom:  Honorable Manuel L. Real  Courtroom 8, 2nd Floor  312 North Spring Street  Los Angeles, CA 90012 |

//

//

JUDGMENT IN FAVOR OF PLAINTIFF NIPPON YUSEN KAISHA AND
AGAINST DEFENDANT PANDOL ASSOCIATES MARKETING, INC.

In accordance with the order granting the Motion for Summary Judgment filed by Plaintiff NIPPON YUSEN KAISHA ("NYK") against Defendant PANDOL ASSOCIATES MARKETING, INC. ("PANDOL"), IT IS HEREBY ORDERED that judgment be entered against PANDOL, and in favor of NYK, in the amount of $68,895, plus prejudgment interest of $268.48, plus attorneys' fees of $7,775, plus collection costs of $500.90, for a total judgment of $77,439.38.

NYK is also entitled to post judgment interest on the judgment pursuant to 28 U.S.C. §1961, until paid.

Dated: May 14, 2015          _____

United States District Judge

---

JUDGMENT IN FAVOR OF PLAINTIFF NIPPON YUSEN KAISHA AND AGAINST DEFENDANT PANDOL ASSOCIATES MARKETING, INC.